GUARDIAN TRUST COMPANY OF NEW YORK, Respondent, *v.* CHURCH CONSTRUCTION COMPANY et al., Defendants, and JAMES R. MCLAREN et al., Appellants.

*Guardian Trust Co. of New York* v. *Church Construction Co.,* 146 App. Div. 879, affirmed.
(Argued March 12, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 20, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover on assignments of money due under certain municipal contracts.

Certain liens having been filed against the same funds, the question at issue was as to whether the assignments or liens took precedence.

*George W. Titcomb* and *Frank E. Johnson, Jr.,* for appellants.

*Carl Ehlermann* and *William A. Barber* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.